IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:04CR444 |
| ) | |
| vs. ) | ORDER FOR DISMISSAL |
| ) | |
| SHAWN STEWART, ) | |
| ) | |
| Defendants. ) | |

NOW ON THIS 31st day of January, 2008, this matter is before the Court on the United States' Motion for Dismissal (Filing No. 30). The Court, being duly advised in the premises, finds said Motion should be sustained.

IT IS HEREBY ORDERED:

1. Leave of Court is granted for the United States to dismiss, without prejudice, the Petition for Offender Under Supervision filed herein as to the Defendant, SHAWN STEWART.

2. The Indictment filed herein is hereby dismissed, without prejudice, as it pertains to the Defendant, SHAWN STEWART.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Judge, United States District Court